UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-598-BO
NO. 5:01-CR-128-BO

| | | |
|---|---|---|
| JEFFREY BRADFORD | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

This matter is before the Court on Defendant/Petitioner's Motion for leave to Amend Motion to Vacate Sentence [DE 68] and the Government's Response in Opposition [DE 69]. For good cause shown, Petitioner's Motion for Leave to Amend is GRANTED. Petitioner shall file his amended Motion to Vacate Sentence on or before Oct. 15, 2011.

SO ORDERED.

This 26 day of September, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE